UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERESI INVESTMENTS

                              CASE NO. C 10-04714 PSG
          Plaintiff(s),

        v.                         STIPULATION AND [ XXXXXXXXXXXX
CITY OF MOUNTAIN VIEW           ORDER SELECTING ADR PROCESS

          Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  ✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
          Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

  ✓     other requested deadline June 15, 2011 _____

Dated: 12/7/10 _____

                                        _____
                                        Attorney for Plaintiff

Dated: 12/7/10 _____

                                        Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated:    12/8/2010

*Paul S. Grewal*

UNITED STATES MAGISTRATE JUDGE