
LOUIS A. LEONE, ESQ. (SBN: 099874)
JENNIFER N. LOGUE, ESQ. (SBN: 241910)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601

JANNIE QUINN, ESQ. (SBN: 137588)
Office of the City Attorney
500 Castro Street
Mountain View, CA  94039-7540
Telephone:   (650) 903-6303
Facsimile:     (650) 967-4215

Attorneys for Defendant
CITY OF MOUNTAIN VIEW

*IT IS SO ORDERED*
*Judge Edward J. Davila*
7/12/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESI INVESTMENTS, a California Limited Partnership<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MOUNTAIN VIEW, a Municipal Corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No.: C10-04714 EJD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT FOR DAMAGES** |

  Pursuant to Civil Local Rule 6-1, the parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel, to the extend the deadline

///

///

///

---

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT DAMAGES

1

for Defendant City of Mountain View to answer or otherwise respond to the First Amended Complaint to July 15, 2011.

Dated: July 11, 2011             **MATTEONI, O'LAUGHLIN & HECHTMAN**

                                     /s/ Gerry Houlihan
                                     NORMAN EDWARD MATTEONI, ESQ.
                                     GERALD HOULIHAN, ESQ.
                                     Attorneys for Plaintiff
                                     TERESI INVESTMENTS

Dated: July 11, 2011             **STUBBS & LEONE**

                                     /s/ Jennifer N. Logue
                                     LOUIS A. LEONE, ESQ.
                                     JENNIFER N. LOGUE, ESQ.
                                     Attorneys for Defendant
                                     CITY OF MOUNTAIN VIEW

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.