NORMAN EDWARD MATTEONI (SBN: #34724)
GERALD HOULIHAN (SBN: #214254)
MATTEONI O'LAUGHLIN HECHTMAN
848 The Alameda
San Jose, CA 95126
Telephone: 408-293-4300
Facsimile: 408-293-4005

Attorneys for Plaintiff
TERESI INVESTMENTS, a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESI INVESTMENTS, III, a California Limited Partnership<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MOUNTAIN VIEW, a Municipal Corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No.: C10-04714 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER DEFENDANTS COUNTERCLAIM<br><br>Honorable Edward J. Davila |

Pursuant to Civil Local Rule 6-1, the parties to the above-captioned litigation hereby stipulate, by and through the undersigned counsel, to extend the deadline for Plaintiff Teresi Investments, III, to answer or otherwise respond to the counterclaims contained in the Defendant's Answer of July 12, 2011 to August 8, 2011.

Dated: 7/27/2011

MATTEONI, O'LAUGHLIN & HECHTMAN

NORMAN EDWARD MATTEONI, ESQ.
GERALD HOULIHAN, ESQ.
Attorneys for Plaintiff
TERESI INVESTMENTS

///
///
///

1 | Dated: July 27, 2011        STUBBS & LEONE

_____
LOUIS A. LEONE, ESQ.
JENNIFER N. LOGUE, ESQ.
Attorneys for Defendant
CITY OF MOUNTAIN VIEW

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiff shall file its Answer to Defendant's Counterclaims on or before August 8, 2011.

Dated:  July 28, 2011

_____
HON. EDWARD J. DAVILA
United States District Judge