NORMAN EDWARD MATTEONI (SBN: 34724)
GERALD HOULIHAN (SBN: 214254)
**MATTEONI O'LAUGHLIN HECHTMAN**
848 The Alameda
San Jose, CA 95126
Telephone:   408-293-4300
Facsimile:    408-293-4005

Attorneys for Plaintiff
TERESI INVESTMENTS, a California Limited Partnership

LOUIS A. LEONE, ESQ. (SBN: 099874)
JENNIFER N. LOGUE, ESQ. (SBN: 241910)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

JANNIE QUINN, ESQ. (SBN: 137588)
Office of the City Attorney
500 Castro Street
Mountain View, CA  94039-7540
Telephone:   (650) 903-6303
Facsimile:    (650) 967-4215

Attorneys for Defendant
CITY OF MOUNTAIN VIEW

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESI INVESTMENTS, a California Limited Partnership,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF MOUNTAIN VIEW, a Municipal Corporation, and DOES 1-10, inclusive<br><br>   Defendants. | Case No.:  C10-04714 EJD<br><br>**STIPULATION, JOINT REQUEST AND [PROPOSED] ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES** |

WHEREAS the above-captioned matter was removed from the Superior Court of the State of California, County of Santa Clara to the United States District Court for the Northern District of California, San Jose Division on October 19, 2010;

WHEREAS on March 9, 2011, Chief Judge James Ware issued a scheduling order setting the close of all discovery in this case on March 16, 2012 and directing the parties to exchange and lodge with the Court all expert witness information and expert reports by January 13, 2012, *63 days before the close of discovery*;

WHEREAS Plaintiff filed by stipulation a first amended complaint on June 7, 2011;

WHEREAS Defendant City of Mountain View filed an Answer to Plaintiff's First Amended Complaint and a Counterclaim on July 12, 2011;

WHEREAS the parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26, exchanged written discovery requests and jointly have produced more than 10,000 pages of documents in response to the respective written discovery requests;

WHEREAS each side continues to review the multitude of documents produced in this case;

WHEREAS the parties have retained experts but have been unable to provide their respective expert witnesses with all of the information necessary for their reports given that document review continues and the parties are still working on scheduling depositions;

WHEREAS the parties reserve the right to retain liability experts but are in agreement that at this time it appears the expert testimony primarily will be on the issue of damages;

WHEREAS Defendant City of Mountain View is currently drafting a motion for summary judgment as to all of Plaintiff's causes of action;

---

STIPULATION, JOINT REQUEST AND [PROPOSED] ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES

WHEREAS Defendant City of Mountain View's motion for summary judgment will be filed within three weeks;

IT IS HEREBY STIPULATED and respectfully requested by all parties to this action that the fact discovery deadline be extended an additional 63 days to May 18, 2012, that the expert disclosure deadline be extended to June 18, 2012 and that the expert discovery deadline be extended to July 27, 2012.

Dated: January 4, 2012          MATTEONI, O'LAUGHLIN & HECHTMAN

_____
NORMAN EDWARD MATTEONI, ESQ.
GERALD HOULIHAN, ESQ.
Attorneys for Plaintiff
TERESI INVESTMENTS

Dated: January 4, 2012          **STUBBS & LEONE**

_____
LOUIS A. LEONE, ESQ.
JENNIFER N. LOGUE, ESQ.
Attorneys for Defendant
CITY OF MOUNTAIN VIEW

Pursuant to the parties stipulation, IT IS ORDERED THAT:

1. Fact Discovery will close May 18, 2012;
2. Expert Disclosure shall be made no later than June 18, 2012; and
3. Expert Discovery will close July 27, 2012.
4. The Preliminary Pretrial Conference scheduled for February 17, 2012, is CONTINUED to April 20, 2012, at 11:00 a.m. The parties shall file a Joint Preliminary Pretrial Conference Statement no later than April 10, 2012.

DATED: January 9, 2012          _____
EDWARD J. DAVILA
United States District Judge

STIPULATION, JOINT REQUEST AND [PROPOSED] ORDER EXTENDING FACT AND EXPERT DISCOVERY DEADLINES