UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESI INVESTMENTS,<br><br>            Plaintiff(s),<br><br>  v.<br><br>CITY OF MOUNTAIN VIEW,<br><br>            Defendant(s).<br>_____/ | Case No. 5:10-cv-04714 EJD<br><br>**PRETRIAL ORDER**<br>**(JURY TRIAL)** |

On April 20, 2012, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement and the discussions held at the conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on 4/5/13 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 3/22/203 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 3/26/2013 |

1

Case No. 5:10-cv-04714 EJD
PRETRIAL ORDER (JURY TRIAL)

| Jury Selection<br>*(Please note the difference in date)* | 9:00 a.m. on 4/22/13 |
|---|---|
| Jury Trial[1] | 4/23-4/24/13 (full days); 4/25/13 (½ day); 4/29/13 (½ day); 4/30-5/1/13 (full days); 5/2/13 (½ day); 5/6/13 (½ day); 5/7-5/8/13 (full days); 5/9/13 (½ day); 5/13/13 (½ day); 5/14/13 (full day) |
| Jury Deliberations | 5/15-5/17/13 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: April 23, 2012



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2

Case No. 5:10-cv-04714 EJD
PRETRIAL ORDER (JURY TRIAL)